DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD PERREAULT,**
Appellant,

v.

**CRYSTAL COURT NO. 4 CONDOMINIUM INC.,**
Appellee.

No. 4D22-3410

[August 10, 2023]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case No. COWE20002412.

Ronald Perreault, Plantation, pro se.

Kevin M. Kennedy and Cory B. Kravit of Kravit Law, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***